Notice of Appeal Criminal

CO-290
Rev. 3/88

## United States District Court for the District of Columbia

05 - 6 4 9 1 M - 29

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. PO571156
)
Eve L. Tetaz, (Defendant, Pro Se) )

### NOTICE OF APPEAL

Name and address of appellant:

Eve L. Tetaz
2551 17th St., NW
Washington, DC 20009

Name and address of appellant's attorney:

Defendant Pro Se
(see above)

Offense: **Demonstrating Without a Permit**

Concise statement of judgment or order, giving date, and any sentence:

Guilty: 11/17/05
Judgment entered:
$50 fine, $25 administrative fee

Name and institution where now confined, if not on bail:   N/A

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

30 Nov. 2005
DATE

APPELLANT
Pro SE
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☐
PAID USDC FEE ☐
PAID USCA FEE ☐

Does counsel wish to appear on appeal?   YES ☐   NO ☐
Has counsel ordered transcripts?   YES ☐   NO ✓
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES ☐   NO ✓

RECEIVED
DEC - 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT